# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

v.

## Claude-Alix ROY
## Operations Specialist Second Class (E-5), U.S. Coast Guard

### CGCMS 24926
### Docket No. 1421

### 12 October 2016

Special Court-Martial convened by Commander, Coast Guard Sector Miami.  Tried at Miami, Florida, on 21 October 2014.

| | |
|---|---|
| Military Judge: | CDR Brian K. Koshulsky, USCG |
| Trial Counsel: | LT Frances S. Johnson-Gillion, USCGR |
| Assistant Trial Counsel: | LT Jeremy T. McCall, USCGR |
| Defense Counsel: | LT Kevin R. Larson, JAGC, USN |
| Appellate Defense Counsel: | LCDR Michael J. Meyer, USCG |
| Appellate Government Counsel: | LCDR Amanda M. Lee, USCG |

### BEFORE
### McCLELLAND, DUIGNAN & HERMAN
Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of two specifications of wrongful use of marijuana and one specification of wrongful possession of marijuana, all in violation of Article 112a, Uniform Code of Military Justice (UCMJ).  The military judge sentenced Appellant to confinement for ninety days, reduction to E-3, forfeiture of $1000.00 pay per month for three months, and a bad-conduct discharge.  The Convening Authority approved the sentence except for the confinement and the reduction in grade, in accordance with the pretrial agreement.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

### Decision

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,

Sarah P. Valdes
Clerk of the Court